IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO GOMEZ,

    Plaintiff,                       No. 2:12-cv-2919 JFM (PC)

    vs.

CHERYL PLILER, et al.,           ORDER AND

    Defendants.              FINDINGS & RECOMMENDATIONS

                             /

          By order filed April 3, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On May 20, 2013, the court granted plaintiff an additional thirty days in which to file an amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint.

          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

          These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written

1

1 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2 Findings and Recommendations."  Any response to the objections shall be filed and served
3 within fourteen days after service of the objections.  Plaintiff is advised that failure to file
4 objections within the specified time may waive the right to appeal the District Court's order.
5 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
6 DATED:  July 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10 gome2919.fta